An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARK ROBERT COLLINS,
Petitioner,
vs.
I. BACA, WARDEN AT NORTHERN
NEVADA CORRECTIONAL CENTER,
Respondent.

No. 67006

**FILED**

DEC 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is a proper person petition for a writ of habeas corpus. Petitioner challenges the validity of his conviction and sentence. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. A challenge to the validity of the judgment of conviction must be raised in a post-conviction petition for a writ of habeas corpus filed in the district court in the first instance.[1] NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.          _____, J.
Pickering                            Saitta

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-40572

cc:    Mark Robert Collins
        Attorney General/Carson City
        Eighth District Court Clerk